UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| **LINNEA MARAVELL,** | ) |
| Plaintiff | ) ) ) |
| v. | ) No. 2:10-cv-455-GZS ) |
| **MICHAEL J. ASTRUE, Commissioner Of Social Security,** | ) ) ) |
| Defendant | ) ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on September 29, 2011, his Recommended Decision (Docket No. 19). Plaintiff filed her Objection to the Recommended Decision (Docket No. 20) on October 17, 2011. Defendant filed his Response to Plaintiff's Objection to the Recommended Decision (Docket No. 23) on October 28, 2011.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

    2.      It is hereby **ORDERED** that the Decision of the Commissioner is **AFFIRMED**.

/s/George Z. Singal
U.S. District Judge

Dated this 1st day of November, 2011.