UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

LINNEA MARAVELL,     )
Plaintiff        )
v.           )  CIVIL NO.  2:10-cv-455-GZS
            )
MICHAEL  J.  ASTRUE,  COMMISSIONER )
OF SOCIAL SECURITY,    )
Defendant

JUDGMENT

In accordance with the Order Affirming the Recommended Decision of the

Magistrate Judge issued by George Z. Singal, U.S. District Judge, dated November 1,

2011, it is hereby ADJUDGED  that the Commissioner's decision is AFFIRMED.

CHRISTA K. BERRY, CLERK

By: /s/ Lindsey Caron
Deputy Clerk

Dated: November 1, 2011